

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00247-CV

Gloria M. **CHANDLER**-Deceased, and all other occupants of 4563 Lavender Lane, San
Antonio, Texas 78220,
Appellants

v.

**REVERSE MORTGAGE SOLUTIONS, INC.**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04574
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
           Liza A. Rodriguez, Justice
           Lori I. Valenzuela, Justice

Delivered and Filed: October 19, 2022

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was originally due on August 24, 2022. Appellants failed to file their brief or a motion for extension of time. On September 14, 2022, we issued an order informing appellants that their brief was overdue and directing them to file their brief on or before October 5, 2022. We advised appellants that if they failed to file their brief, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with

a court order). Appellants have not filed their brief or otherwise responded to our September 14, 2022 order. We, therefore, dismiss this appeal for want of prosecution.

PER CURIAM